**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

LARRY TENNYSON, SR.,     :
           :
  Petitioner,     :
           :
v.          :  Case No. 5:25-cv-522-MTT-ALS
           :
Warden SIDNEY CARTER,   :
           :
  Respondent.    :

## ORDER

Before the Court is Petitioner's Motion to Appoint Counsel. (Doc. 7). Under Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts, if an evidentiary hearing is required, the Court must appoint counsel to represent a petitioner who qualifies for appointed counsel under 18 U.S.C. § 3006A. However, the determination whether to hold an evidentiary hearing has yet to be made. Accordingly, Petitioner's Motion to Appoint Counsel (Doc. 7) is **DENIED** at this time. Should it become apparent that counsel is required because the Court finds an evidentiary hearing is warranted, or that counsel is required in the interests of justice to protect Petitioner's rights, the Court, on its own motion, will appoint counsel as required. Consequently, there is no need for Petitioner to file additional motions seeking appointed counsel.

**SO ORDERED**, this 27th day of March, 2026.

         s/ **ALFREDA L. SHEPPARD**
         UNITED STATES MAGISTRATE JUDGE