## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

LARRY TENNYSON, SR.,                          :
                                              :
      Petitioner,                        :
                                              :
v.                                            :   Case No. 5:25-cv-522-MTT-ALS
                                              :
Commissioner TYRONE OLIVER, *et al.*,         :
                                              :
      Respondents.                       :

## ORDER

On May 20, 2026, Tyrone Oliver, Commissioner of the Georgia Department of Corrections, filed a Motion to Intervene seeking to be named as a Respondent so that he may defend the State of Georgia's judgment and represent said State. (Doc. 9). Petitioner is currently detained at Coffee Correctional Facility, a privately run facility, of which Respondent Sidney Carter serves as Warden. (Doc. 9-1, at 1). Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts requires the petition to "name as respondent the state officer who has custody." The Advisory Committee Notes from the 1976 adoption of the Rules indicate that the "proper person to be served in the usual case is either the warden of the institution in which the petitioner is incarcerated or the chief officer in charge of state penal institutions." (citation omitted). Here, Commissioner Oliver is the chief officer in charge of Georgia's penal institutions. (Doc. 9-1, at 2). Petitioner originally named Commissioner Oliver as a Respondent, but the Court subsequently ordered his removal. (Docs. 1, at 1; 6, at 1 n.1). Accordingly, Commissioner Oliver's Motion to Intervene (Doc. 9) is **GRANTED**. The Clerk is directed to add Commissioner Tyrone Oliver as a Respondent in this action.

**SO ORDERED**, this 26th day of May, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE