**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

LARRY TENNYSON, SR.,                  :
                                      :
      Petitioner,                 :
                                      :
v.                                    :    Case No. 5:25-cv-522-MTT-ALS
                                      :
Commissioner TYRONE OLIVER,           :
*et al.*,                             :
                                      :
      Respondents.                :
_____

**NOTIFICATION OF MOTION TO DISMISS**

On May 20, 2026, Respondents filed a Motion to Dismiss the above-styled petition. (Doc. 12). The Court is required to adequately advise Petitioner of the significance of Respondents' Motion. *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985). To afford Petitioner, who is proceeding *pro se*, adequate notice and time to respond to Respondents' Motion, the following notice is given.

Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. The Court considers the pleadings and the petition in deciding whether dismissal is appropriate. The parties may submit their argument to this Court by filing briefs in support of or briefs in opposition to said motions. The law provides that the party against whom dismissal is sought must be given ten (10) days-notice of the dismissal rules. In addition, the party upon whom a motion to dismiss has been filed has the right to file a brief in opposition to a motion to dismiss. If he fails to file a brief in opposition to the motion to dismiss, a final judgment may be rendered against him if otherwise appropriate under law.

**THE FAILURE OF PETITIONER TO RESPOND TO AND REBUT THE ARGUMENTS IN RESPONDENTS' BRIEF MAY RESULT IN SAID STATEMENTS BEING ACCEPTED AS UNCONTESTED AND CORRECT.**

The Court could grant judgment to Respondents and there would be no trial or further proceedings. Accordingly, Petitioner is **NOTIFIED** of his right to file a response to Respondents' Motion to Dismiss. Petitioner should file any desired response **WITHIN TWENTY-ONE (21) DAYS** of the date of this Order. Respondents may file any desired reply within fourteen (14) days of Petitioner's response. Thereafter, the Court will consider Respondents' Motion to Dismiss (Doc. 12) and any opposition to the same filed by Petitioner.

**SO ORDERED**, this 26th day of May, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

2